

# THE ATTORNEY GENERAL

# OF TEXAS

AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

December 18, 1963

Honorable John Connally
Governor of Texas
Austin, Texas

Opinion No. C-196

Re: Authority to transfer
monies in the suspense
fund received by the
State under a will.

Dear Governor Connally:

Your request for an opinion reads as follows:

"As of this date, the Governor's office
is holding in the Suspense Fund in the Treas-
ury the sum $3,000, this amount having been
deposited in 1936. To explain the origin of
this balance we quote in part from a state
auditor's report of January 21st, 1947:

"' . . . Deposit made on December 22,
1936, being a check made payable to the State
of Texas, the Treasurer of the State of Texas,
and Governor James V. Allred, in the sum of
$3,000.00, remitted by the Trust Company of
Georgia under a provision of the will of one
Helen Gray, which reads as follows:

'"'I will and bequeath to the State of
Texas the sum of Three Thousand ($3,000.00)
Dollars, in trust, nevertheless, subject to
the following limitations, uses and trusts,
to-wit:

'"'I will and direct that said State
invest said sum until sufficient funds are
obtained by said State to establish a school
of economics and political science in Eastern
Texas, and it is my earnest wish that the pur-
pose of said School be to study with keen
analysis, the economic and political interests
of the State of Texas and other Southern States,
and I wish that the thoughts and principles of
Thomas Jefferson, George McDuffie and Matthew
Maury be particularly studied at said school,
and that a keen comparison between the character

and principles of our great and noble
President, Jefferson Davis, and President
Abraham Lincoln be made. The idea of the
necessity of economic and political science
associations throughout the South came to
me when I was in Galveston, Texas, writing
for the Atlanta Constitution Publishing
Company. . . .'"

"In order to carry out the wishes of
the donor, this office has notified those
colleges and universities in the eastern
part of Texas that might qualify to submit
a statement indicating their qualifications
to receive this bequest. We have received
a proposal from Texas A & M University, a
copy of which is attached.

"Your opinion is respectfully requested
as to the legality of transferring this
$3,000 now in suspense to Texas A & M Univer-
sity for the purposes stipulated in their
proposal."

The letter from President Earl Rudder, President of
Texas A & M University, reads as follows:

"Your letter of October 31, 1963, in
regard to $3,000 from the estate of Helen
Gray for a school of economics and political
science in Eastern Texas for the purpose of
studying the thoughts and principles of the
founding fathers of this nation and state and
in particular those of Jefferson, McDuffie,
Maury, Davis, and Lincoln has been gratefully
received. We feel that Texas A&M University
is fully qualified to meet the terms of Helen
Gray's will through its program of study in
political science and related fields of study
in economics and history where the political
and economic philosophies of the founding
fathers and those of their interpreters re-
ceive careful attention. The philosophical
thinking of the leaders of the Old South is
emphasized.

"Our degree programs in government (po-
litical science) are relatively new ones,

and it is our belief that the $3,000, if
made available to us, can be used most
advantageously to build more strongly our
library collection to exemplify the economic
and political philosophies taught by the men
mentioned in the Gray will. The books for
the Library would be selected by our Depart-
ment of History and Government, and a suit-
able name plate to identify the donor and
purpose will be inserted in each. The follow-
ing lettering on the name-plate is suggested,
although we will be willing to consider any
other that your office or the family may de-
sire:

"The Helen Gray Collection
in
Economic and Political Thought of the Old South

"It is our belief that this use falls
within the restrictions posed by the Helen
Gray will."

You are advised that under the facts submitted, monies
received under the will of Helen Gray were properly placed
and kept in the suspense fund and such monies are not subject
to appropriation. Attorney General's Opinion 0-945 (1940).
Therefore, in order to transfer such monies acquired pursuant
to the will, the only requirement is that such monies are to
be spent for the purpose stated in the will. According to
your letter, this purpose is "to establish a school of eco-
nomics and political science in Eastern Texas, and it is my
earnest wish that the purpose of said School be to study with
keen analysis, the economic and political interests of the
State of Texas and other Southern States, and I wish that the
thoughts and principles of Thomas Jefferson, George McDuffie
and Matthew Maury be particularly studied at said school, and
that a keen comparison between the character and principles
of our great and noble President, Jefferson Davis, and Presi-
dent Abraham Lincoln be made."

According to the letter of President Earl Rudder, Texas
A & M University, located at College Station, has degree programs
in government (political science). It is our opinion that such
fact is in sufficient compliance with that portion of the will
"to establish a school of economics and political science in
Eastern Texas." It is not clear from the letter of President
Rudder whether Texas A & M University is agreeing to establish

a course of study outlined in the will of Helen Gray, (1) wherein the economic and political interests of the State of Texas and other Southern States are included, (2) wherein the thoughts and principles of Thomas Jefferson, George McDuffie and Matthew Maury are included, and (3) wherein a keen comparison between the character and principles of Jefferson Davis and Abraham Lincoln are made.

It is our opinion that if Texas A & M University agrees to expend the above referred to monies held in suspense, for the purpose of establishing a course of study outlined in the will of Helen Gray, said monies may legally be transferred to Texas A & M University for said purposes. In the absence of such an agreement, it is our opinion that such monies may not be transferred to Texas A & M University, but must be held in suspense for the benefit of a school in Eastern Texas which will provide for such course of study in a school of economics and political science as outlined in the will of Helen Gray.

### SUMMARY

Monies received under a will to the State of Texas are required to be held in the suspense fund until such monies may be expended for the purposes set out in the will.

Yours very truly,

WAGGONER CARR
Attorney General

By *John Reeves*
John Reeves
Assistant

JR:ms

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman
Pat Bailey
J. S. Bracewell
Robert Flowers
Edward Moffett

APPROVED FOR THE ATTORNEY GENERAL
By: H. Grady Chandler